E. B. Conover et al., appellees, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant. Gen. No. 6,563.

Action against a carrier to recover for damage to corn caused by delay in transit. Judgment for plaintiff. Appeal from the Circuit

Court of Peoria county; the Hon. John M. Niehaus, Judge, presid-
ing. Heard in this court at the April term, 1918. Affirmed. Opinion
filed October 10, 1918. Niehaus, J., took no part.

Stevens, Miller & Elliott and Graham & Graham, for appellant;
Charles R. Webber, Morrison R. Waite and William A. Eggers, of
counsel. H. L. Child, for appellees; Wilson, Warren & Child and
Heyl & Heyl, of counsel.

Mr. Justice Carnes delivered the opinion of the court.